**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HELEN FAWKES,**

    **Plaintiff,**

v.                                                                    Case No.  8:10-cv-2844-T-30TGW

**BALBOA INSURANCE COMPANY,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Strike or Exclude Plaintiff's Expert Witnesses (Dkt. 53) and Plaintiff's Response in Opposition (Dkt. 55).  The Court, having considered the motion, response, and being otherwise advised of the premises, concludes that the motion should be granted only as to experts Mike Biller and Sandy Nettles, given Plaintiff's withdrawal of these experts as noted in her response to the motion.  Specifically, Plaintiff states that she will withdraw Biller and Nettles as experts in this matter, however, she requests to be allowed to proceed with Sonny Gulati and Dennis James.

The Court agrees that it would be inappropriate to strike Plaintiff's experts Gulati and James.  These experts were disclosed to Defendant in a timely manner, however, Plaintiff neglected to provide Defendant with all of the required Rule 26 documentation.  This error is easily remedied by requiring Plaintiff to timely supplement the disclosures as to these experts.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Strike or Exclude Plaintiff's Expert Witnesses (Dkt. 53) is Granted in part with respect to Mike Biller and Sandy Nettles, given Plaintiff's withdrawal of these experts. The Motion is otherwise denied.

2. Plaintiff shall complete expert discovery disclosures for Sonny Gulati and Dennis James within fourteen (14) days of this Order.

**DONE** and **ORDERED** in Tampa, Florida on February 17, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-2844.mtexperts53.frm