UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:10-cv-2844-~~JDW~~-EAK-TGW

HELEN FAWKES,

      Plaintiff,

v.

BALBOA INSURANCE COMPANY and
BANK OF AMERICA, N.A.,

      Defendants.

_____/

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION AS TO THE
RES JUDICATA EFFECT OF ANY DETERMINATION MADE AT TRIAL AS TO
COVERAGE UNDER THE SUBJECT LENDER PLACED INSURANCE POLICY**

THIS MATTER having come before the Court on Plaintiff and Bank of America's Joint

Motion for Approval of Stipulation as to the Res Judicata Effect of Any Determination Made at Trial

as to Coverage Under the Subject Lender Placed Insurance Policy, the court having reviewed the file

and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. Plaintiff and Bank of America's Joint Motion for Approval of Stipulation as to the Res

    Judicata Effect of Any Determination Made at Trial as to Coverage Under the Subject

    Lender Placed Insurance Policy is GRANTED; and

2. The Stipulation as to the Res Judicata Effect of Any Determination Made at Trial as to

    Coverage Under the Subject Lender Placed Insurance Policy [DE 179] is adopted by

    this Court.

UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record.

          ELIZABETH A. KOVACHEVICH
          UNITED STATES DISTRICT JUDGE